1 **ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
2 Newport Beach, California 92660
3 Telephone: (949) 720-1288
Facsimile: (949) 720-1292
4
5 Attorneys for Plaintiff, Gertrude Pisaturo

9 UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C06-0777 (CRB) <br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| GERTRUDE PISATURO, <br><br> Plaintiff, <br><br> vs. <br><br> G.D. SERLE, et al. <br><br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **GERTRUDE PISATURO** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

1 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2 fees and costs.

DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
   MARK P. ROBINSON, JR.
   Attorneys for Plaintiff Gertrude Pisaturo

DATED: Oct. 22, 2009        DLA PIPER LLP (US)

By: /s/
   Matt Holian
   Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 6 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE